FILED: October 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2491
(1:26-cv-02547-AJT-IDD)

---

STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF RHODE ISLAND; OFFICE OF THE GOVERNOR OF THE COMMONWEALTH OF KENTUCKY EX REL. ANDY BESHEAR; STATE OF MINNESOTA

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration

Defendants - Appellants

and

AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS

Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:26-cv-02547-AJT-IDD |
| Date notice of appeal filed in originating court: | 10/08/2026 |
| Appellant(s) | Derek D. Barr, Sean Duffy, Federal Motor Carrier Safety Administration, United States Department of Transportation |
| Appellate Case Number | 26-2491 |
| Case Manager | R. Phillips<br>804-916-2702 |