**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 21, 2026

---

No. 26-2491
(1:26-cv-02547-AJT-IDD)

---

STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF RHODE ISLAND; OFFICE OF THE GOVERNOR OF THE COMMONWEALTH OF KENTUCKY EX REL. ANDY BESHEAR; STATE OF MINNESOTA

Plaintiffs - Appellees

and

AMERICAN FEDERATION OF TEACHERS

Plaintiff/Intervenor - Appellee

and

AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS

Defendant - Appellee

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY,

in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration

Defendants - Appellants

---

AMENDED CAPTION NOTICE

---

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

R. Phillips, Deputy Clerk
804-916-2702