FILED: November 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2491 (L)
(1:26-cv-02547-AJT-IDD)

---

STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF RHODE ISLAND; OFFICE OF THE GOVERNOR OF THE COMMONWEALTH OF KENTUCKY EX REL. ANDY BESHEAR; STATE OF MINNESOTA

Plaintiffs - Appellees

and

AMERICAN FEDERATION OF TEACHERS

Plaintiff/Intervenor - Appellee

and

AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS

Defendant - Appellee

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL MOTOR

CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration

Defendants - Appellants

---

No. 26-2595
(1:26-cv-02547-AJT-IDD)

---

STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF RHODE ISLAND; OFFICE OF THE GOVERNOR OF THE COMMONWEALTH OF KENTUCKY EX REL. ANDY BESHEAR; STATE OF MINNESOTA

Plaintiffs - Appellees

and

AMERICAN FEDERATION OF TEACHERS

Plaintiff/Intervenor - Appellee

and

AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS

Defendant - Appellee

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL MOTOR

CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration

Defendants - Appellants

---

O R D E R

---

The court consolidates Case No. 26-2491 and Case No. 26-2595. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk